Former decision, 559 U.S. 970, 130 S. Ct. 1686, 176 L. Ed. 2d 179, 2010 U.S. LEXIS 2104.

**No. 09-402. Markice Lavert McCane, Petitioner v. United States.**

559 U.S. 1088, 130 S. Ct. 2142, 176 L. Ed. 2d 759, 2010 U.S. LEXIS 3272.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 970, 130 S. Ct. 1686, 176 L. Ed. 2d 179, 2010 U.S. LEXIS 2009.

**No. 09-461. Stephen Michael West, Petitioner v. Ricky Bell, Warden.**

559 U.S. 1088, 130 S. Ct. 2142, 176 L. Ed. 2d 759, 2010 U.S. LEXIS 3237.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 970, 130 S. Ct. 1687, 176 L. Ed. 2d 180, 2010 U.S. LEXIS 2142.

**No. 09-661. John C. Kasharian, Petitioner v. New Jersey Department of Environmental Protection.**

559 U.S. 1088, 130 S. Ct. 2142, 176 L. Ed. 2d 759, 2010 U.S. LEXIS 3252.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 938, 130 S. Ct. 1570, 176 L. Ed. 2d 112, 2010 U.S. LEXIS 1338.

**No. 09-689. Mark J. Hunsberger, et ux., Petitioners v. J. A. Wood, Deputy Sheriff, Botetourt County, Virginia.**

559 U.S. 1088, 130 S. Ct. 2142, 176 L. Ed. 2d 759, 2010 U.S. LEXIS 3163.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 938, 130 S. Ct. 1523, 176 L. Ed. 2d 113, 2010 U.S. LEXIS 1416.

**No. 09-715. William Smith, Petitioner v. Alvin Friedman, et al.**

559 U.S. 1088, 130 S. Ct. 2142, 176 L. Ed. 2d 759, 2010 U.S. LEXIS 3200.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 971, 130 S. Ct. 1690, 176 L. Ed. 2d 181, 2010 U.S. LEXIS 2052.

**No. 09-735. Jon D. Alexander, Petitioner v. Charles E. Smith, Jr., et al.**

559 U.S. 1088, 130 S. Ct. 2142, 176 L. Ed. 2d 759, 2010 U.S. LEXIS 3196.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 971, 130 S. Ct. 1691, 176 L. Ed. 2d 181, 2010 U.S. LEXIS 2007.

**No. 09-7257. Billy R. Irick, Petitioner v. Ricky Bell, Warden.**

559 U.S. 1088, 130 S. Ct. 2142, 176 L. Ed. 2d 759, 2010 U.S. LEXIS 3167.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 942, 130 S. Ct. 1504, 176 L. Ed. 2d 118, 2010 U.S. LEXIS 1279.